Luecretia Dawn OWENS–EL, f/k/a Lue-cretia Dawn McNair–Bey; Che' Qua-daffi Williams–El, Plaintiffs–Appel-lants,

v.

Lieutenant KAPFHAMMER; George Githara, Officer; Christian V. Kaikai, Officer; Joseph Landsman, Defen-dants–Appellees,

and

John Doe # 1; John Doe # 2; John Doe # 3; John Doe # 4; John Doe # 5; John Doe # 6, Office all of and from the Western District Police Station for the Baltimore City Police Depart-ment; D.M. Ross, Sergeant, Defen-dants.

No. 13–1474.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2013.

Decided: Nov. 25, 2013.

Luecretia Dawn Owens–El, Che' Qua-daffi Williams–El, Appellants Pro Se. Mi-chael Lawrence Marshall, Schlachman, Belsky & Weiner, PA, Baltimore, Mary-land; Suzanne Sangree, Baltimore City Law Department, Baltimore, Maryland, for Appellees.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luecretia Dawn Owens–El and Che' Quadaffi Williams–El appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-sons stated by the district court. *Owens–El v. Kapfhammer*, No. 1:10–cv–03213–JFM, 2013 WL 951734 (D.Md. filed Mar. 8, 2013, entered Mar. 11, 2013; Aug. 22, 2012; filed May 13, 2011, entered May 16, 2011). We grant the motion for an exten-sion of time, deny the motion for appoint-ment of counsel and dispense with oral argument because the facts and legal con-tentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*